Decided October 6, 2004

## ANTHONY GRAY *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony Gray's petition for certification for appeal from the Appellate Court, 84 Conn. App. 515 (AC 24086), is denied.

*Raymond L. Durelli*, special public defender, in support of the petition.

Decided October 6, 2004

## LEONARD TALTON *v.* COMMISSIONER OF CORRECTION

The petitioner Leonard Talton's petition for certification for appeal from the Appellate Court, 84 Conn. App. 608 (AC 24269), is denied.

*Kirstin B. Coffin*, special public defender, in support of the petition.

Decided October 6, 2004